3:19-CV-460-J-32PDB

4- -19

Dear Clerk of Court,

my name is James Bailey #Q13954 & I'm preparing to file a §1983 complaint in your court, but have ran into a problem. As you can see I'm in prison & I'm filing on officers. I'm trying to acquire the incident report, photos, & names of the officers that I'm entitle to by rule and Fla. law (Chapter 33-601.901 & Fla. Stat. 945.10(3)). I have grieved the fact that D.O.C. wont give me the reports, & have been told the courts have to request the information. I don't need the photos to initiate the complaint, but I would like to have the incident report & names of the officers so I don't have to amend as I go to add names, time, ect.

So is there anyway that you can intervene to get D.O.C. to provide me with a copy of the incident report from 4-19-18 & the names of the officers that worked at R.M.C. Main Unit in I-Block the night shift of 4-18-18, and the day shift of 4-19-18 so that I can properly file my §1983 the first time.

Thank you for your time.

Sincerely,

James

James Bailey #Q13954
Okaloosa C. I.
3189 Colonel Greg Malloy Rd.
Crestview, Fl 32539