# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAMES BAILEY,

        Plaintiff,

v.                                                    Case No. 3:19-cv-460-J-32PDB

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

       Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a letter (Doc. 1), in which he requests the Court to intervene on his behalf to obtain copies of documents from the Department of Corrections.

       Plaintiff is advised that he may not correspond with this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. To the extent Plaintiff intends to file a civil rights complaint, he is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

       If Plaintiff seeks to file a civil rights complaint, he should complete the enclosed complaint form. If he does not know the names of the individuals who allegedly

violated his rights, he should include all known information about each individual, such as physical descriptions, badge numbers, shift assignments on the dates in question, current place of employment, or any other identifying information. While the Court cannot conduct discovery on Plaintiff's behalf, the Court will send a copy of Plaintiff's letter and this Order to the Warden of Plaintiff's institution and to the Inspector General for any action deemed appropriate.

Because Plaintiff has not properly initiated a case by filing the letter, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice and close the file.

3. The Clerk shall send Plaintiff a civil rights complaint form and an affidavit of indigency form. If Plaintiff chooses to refile his claims, he may do so on the enclosed form. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt.

4. The Clerk shall send a copy of Plaintiff's letter (Doc. 1) and this Order to the Warden of Okaloosa Correctional Institution and the Inspector General for any action deemed appropriate.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of April, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

caw 4/25
c:
James Bailey, #Q13954